UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
      :
FRANK KUNKLE,      :
      Plaintiff,  :
      :  23 Civ. 5697 (LGS)
  -against-      :
      :  ORDER
PRICE BUSTERS MOVIES AND GAMES,  :
INC.,      :
      Defendant.  :
      :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated July 6, 2023, required the parties to file a proposed case management plan and joint letter by August 16, 2023, at 12:00 P.M.;

WHEREAS, the initial pretrial conference is currently scheduled for August 23, 2023, at 4:00 P.M.;

WHEREAS, Defendant has not appeared, and Plaintiff has not filed proof of service on the docket;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** that if Plaintiff has been in communication with Defendant, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **August 21, 2023, at 12:00 P.M.** If Plaintiff has not been in communication with Defendant, he shall file a status letter regarding his efforts to serve Defendant and request an adjournment of the initial conference as soon as possible and no later than **August 21, 2023, at 12:00 P.M.**

**ORDERED** that the initial pretrial conference scheduled for August 23, 2023, is adjourned to **September 6, 2023, at 4:00 P.M.**

Dated: August 17, 2023
      New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE